UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80150-CIV-DIMITROULEAS

MARTIN E. O'BOYLE,                                     Magistrate Judge Snow

      Plaintiff,

vs.

SOUTH JERSEY PUBLISHING COMPANY,
doing business as The Press of Atlantic City,
doing business as
pressofatlanticcity.com,

      Defendant.

_____/

## ORDER REGARDING JURISDICTIONAL AMOUNT

THIS CAUSE is before the Court upon a review of Defendant's Notice of Removal [DE 1], Plaintiff's Complaint contained therein, and Defendant's Response to Order to Show Cause why Case should not be Remanded to State Court for Lack of Jurisdiction [DE 6].

In its February 9, 2011 Order to Show Cause [DE 4], the Court expressed its concern over whether the amount in controversy is met in this case, where Defendant's Notice of Removal relies upon Plaintiff's Response to Request for Admissions [DE 1-2 at 53], in which Plaintiff (1) denies that Plaintiff *is* seeking actual damages in this matter in excess of $75,000 and (2) denies that Plaintiff *is not* seeking actual damages in this matter in excess of $75,000.  In its Response to the Order to Show Cause [DE 6], Defendant explains that, despite Plaintiff's contradictory answers, Defendant had a good faith belief that the thirty-day period to timely remove set forth in 28 U.S.C. § 1446(b) had begun to run upon the service of Plaintiff's January 7, 2011 Response to Request for Admissions.

Where, as here, it appears that Plaintiff may be attempting to play a jurisdictional game

by providing unclear, equivocal responses, the Court finds it appropriate to order the Plaintiff to clarify his answer to the damages discovery which was previously propounded.  See, e.g. Siller v. Blockbuster, Inc., 2007 WL 760574, * 1 (N.D. Cal. 2007) ("Because the court suspected that plaintiff was engaged in gamesmanship in an attempt to both litigate his case in state court and seek damages in excess of $75,000, he was ordered to submit a declaration setting forth the amount in controversy.")

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   Plaintiff shall file with the Court a declaration under penalty of perjury <u>on or before February 25, 2011</u>, stating unequivocally whether the amount in controversy in this case exceeds Seventy-five Thousand Dollars ($75,000).  Once the declaration is submitted, the Court will rule on whether it has subject matter jurisdiction over this action.

2.   Plaintiff's failure to respond to this Order may result in sanctions, including dismissal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of February, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record