UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-80150-CIV-DIMITROULEAS

MARTIN E. O'BOYLE,

    Plaintff,

vs.

SOUTH JERSEY PUBLISHING
COMPANY, doing business as
The Press of Atlantic City, doing
business as pressofatlanticcity.com,

    Defendant.
_____/

Magistrate Judge Snow

## RESPONSE TO ORDER REGARDING JURISDICTIONAL AMOUNT

Plaintiff, MARTIN E. O'BOYLE, states unequivocally that the amount in controversy in this case does not exceed $75,000.00.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing via CM/ECF this 24th day of February, 2011 to Carol Jean LoCicero, Esq. 400 North Ashley Drive, Suite 1100, Tampa, FL 33602 and Deanna Shullman, Esq., 8461 Lake Worth Road, Suire 242, Lake Worth, FL 33467.

Barry Silver, Esq. / FBN.: 382108
1200 South Rogers Circle, Suite 8
Boca Raton, FL 33487
561-483-6900 – Telephone
561-488-4676 – Facsimile
barryboca@aol.com